UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-8848-GW-SSCx | Date | January 20, 2026 |
|---|---|---|---|
| Title | *Grace Smith v. Camuto IPCO, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On January 19, 2026, Plaintiff Grace Smith filed a Notice of Settlement [17]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for March 26, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on March 24, 2026.

| | : |
|---|---|
| Initials of Preparer | JG |